UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS BRITTENHAM,

    Plaintiff,                                  Case No. 10-cv-10483

v.                                        HONORABLE STEPHEN J. MURPHY, III

MICHIGAN DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

On February 3, 2010, plaintiff Dennis Brittenham filed a *pro se* complaint naming the Michigan Department of Corrections as a defendant. Brittenham alleged that he was kidnapped from the county jail for a crime he did not commit. On February 8, 2010, the Court ordered Brittenham to, within thirty days, either pay the filing fee for his complaint, or submit an application to proceed without prepayment of the fees along with a certified statement of his trust fund account for the previous six months. The Court warned Brittenham that his case could be dismissed for failure to comply with the order.

As of today's date, Brittenham has not responded to the Court's order. He has not paid the filing fee, applied for leave to proceed without prepayment of fees and costs, or requested an extension of time to comply with the Court's previous order. Accordingly, the Court will dismiss the complaint without prejudice, for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *Ernst v. Rising*, 427 F.3d 351, 367 (6th Cir. 2005) (dismissals that do not reach the merits of a claim ordinarily are dismissed

without prejudice); *see also* Fed. R. Civ. P. 41(b); E.D. Mich. LR 41.2.

WHEREFORE, it is hereby **ORDERED** that the complaint (docket no. 1) is **DISMISSED** without prejudice.

**SO ORDERED.**

    s/Stephen J. Murphy, III
    STEPHEN J. MURPHY, III
    United States District Judge

Dated: March 24, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2010, by electronic and/or ordinary mail.

    s/Alissa Greer
    Case Manager